IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00208-MSK-CBS

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff,

v.

PUBLIC TELEPHONE CORPORATION OF AMERICA, a Florida corporation,
Its Officer(s) and Director(s), and
MUSA ESINLI,

    Defendants.

_____

## ORDER PARTIALLY LIFTING STAY
_____

**THIS MATTER** comes before the Court *sua sponte*.

The Court's stay **(# 23)** is **LIFTED** in part, solely with regard to further proceedings on Defendant Esinli's Motion for Sanctions **(# 15)**. The stay remains in effect for all other purposes.

Dated this 13th day of October, 2005

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge